# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN KERRY O'KEEFE,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 71420

**FILED**

DEC 15 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a petition for a writ of mandamus. Petitioner Brian Kerry O'Keefe seeks a writ of mandamus directing this court to accept a pro se filing in *O'Keefe v. State*, Docket No. 69036. We deny the petition as this relief is improperly sought in this matter. *See* NRS 34.160 (providing that writ lies to compel performance by an inferior tribunal). Accordingly, we

ORDER the petition DENIED.[1]

_____ Cherry ,J.
Cherry

_____ ,J.
Douglas

_____ ,J.
Gibbons

cc:   Brian Kerry O'Keefe
      Attorney General/Carson City
      Eighth District Court Clerk

_____

[1]We deny petitioner's "Errata to Petition for Writ of (No. 71420) (filed Oct. 5th, 2016) Mandamus pertaining to Judicial Notice" as moot. The motion to waive the filing fee is denied as no filing fee was charged in this matter. *See* NRS 2.250(1)(d)(3).

16-39070